

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00182-CV

———————————————

BECA GOLF, INC. AND WILLIAM CHOUNG, Appellants

V.

DICKERSON SQUARE, LLC, Appellee

On Appeal from the 393rd District Court
Denton County, Texas
Trial Court No. 20-5816-393

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellants' "Notice of Settlement." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: July 6, 2023